**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**
**Civil No. 00-1572 (ADM/SRN)**

Sarah L. Phillips-Foster,

Plaintiff,

vs.

UNUM Life Insurance Company of America, Nancy Ruhland as parent and natural guardian of Ian G. Foster and Craig A. Foster, minor children, Jeramy T. Foster, Angela Sue Whitwam, Victoria Poshard, and Diane Della Busta and guardian ad-litem for Zoe Elizabeth Phillips, a minor child.

Defendants.

**ORDER FOR APPOINTMENT OF GUARDIAN AD-LITEM**

**File No:** ______________

The above matter has come before this court by way of ex-parte application and motion of Diane Della Busta for an appointment of guardian ad-litem in relation to the above-entitled action having to do with the collection and disbursement of life insurance proceeds and upon the face of the petition and good cause appearing therefore, and pursuant to Rule 17(c) of the Federal Rules of Civil Procedure:

IT IS HEREBY ORDERED

That Diane Della Busta be and hereby is appointed guardian ad-litem for Zoe Elizabeth Phillips (DOB 1/11/98) for the purpose of participating as a party in a federal court action relating to the collection and disbursement of life insurance proceeds relating to the death of Mark Steven Foster as is more fully set out in the Petition for Appointment of Guardian Ad-Litem.

Dated: November 27, 2000

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge

FILED NOV 27 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________