# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Sarah L. Phillips-Foster

Case No. Civil 00-1572 ADM/SRN

v.

**JUDGMENT IN A CIVIL CASE**

UNUM Life Insurance Company of American
Nancy Ruhland as parent and natural guardian
of Ian G. Foster and Craig A. Foster, minor
children Jeramy T. Foster, Angela Sue Witwam,
Victoria Poshard, and Diana Della Busta as
guardian ad-Litem for Zoe Elizabeth Phillips, a minor child

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

1. Defendant UNUM's Motion for summary judgment is GRANTED;
2. Defendant UNUM's motion for leave to deposit Finds is GRANTED;
3. Defendant UNUm's motion to dismiss is GRANTED;
4. Plaintiff's motion for partial summary judgment is Denied;
5. Defendants Nancy Ruhland and Jeramy T. Foster's motion for summary judgment is DENIED.

DATE: October 2, 2001

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery

Mary Kaye Conery, Deputy Clerk