**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**
**Civil No. 00-1572 (ADM/SRN)**

---

Sarah L. Phillips-Foster,

Plaintiff,

vs. **ORDER**

UNUM Life Insurance Company of America, and Nancy Ruhland as parent and natural guardian of Ion G. Foster and Craig A. Foster, minor children, Jeremy T. Foster, Angela Sue Whitman, Victoria Poshard, and Diane Della Busta as guardian ad litem for Zoe Elizabeth Phillips, a minor child,

Defendants.

---

UNUM Life Insurance Company of America is hereby dismissed with prejudice in this matter.

**There being no reason for delay, LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 30, 2001

BY THE COURT

Ann D. Montgomery
Judge of United States District Court

G:\WPDATA\U\UNUMPROVIDENT\10-FOSTER\001\PLD\ORDER TO DISMISS.DOC

OCT 3 0 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD OCT 3 0 2001
DEPUTY CLERK