**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Sarah L. Phillips-Foster,

Plaintiff,

v.

**ORDER**
Civil No. 00-1572 ADM/SRN

UNUM Life Insurance Company of America, Nancy Ruhland as parent and natural guardian of Ian G. Foster and Craig A. Foster, minor children, Jeramy T. Foster, Angela Sue Whitwam, Victoria Poshard, and Diane Della Busta as guardian ad-litem for Zoe Elizabeth Phillips, a minor child,

Defendants.

---

The Court has considered Defendant's Motion to Deposit Money in an Interest-Bearing Account, and it is HEREBY ORDERED that the Clerk of Court is allowed to deposit the $124,953.76, which was deposited by Defendant UNUM Life Insurance Company of America with the Clerk of Court, in an interest-bearing account.

BY THE COURT:

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Date: November 7, 2001

NOV 0 8 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK