UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Sarah L. Phillips-Foster,**

**Plaintiff,**

**v.**

**UNUM Life Insurance Company of America, Nancy Ruhland as parent and natural guardian of Ian G. Foster and Craig Foster, minor children, Jeramy T. Foster, Angela Sue Whitwam, Victoria Poshard, and Diane Della Busta as guardian ad-litem for Zoe Elizabeth Phillips a minor child,**

**Defendants.**

**Civil No. 00-1572 ADM/SRN**

**AMENDED NOTICE OF SETTLEMENT CONFERENCE**

---

The settlement conference previously scheduled for January 17, 2002 at 9:30 a.m. has been rescheduled to January 16, 2002, at 2:00 p.m. Central Standard Time. The settlement conference will be held in Suite 242, Federal Building, 316 North Robert Street, St. Paul, Minnesota, before Magistrate Judge Susan Richard Nelson. Pursuant to Mr. David G. Johnson's request, Ms. Sarah Phillips-Foster may participate in the upcoming settlement conference by phone. Ms. Phillips-Foster is to be available by phone during the entire settlement conference and Mr. Johnson shall advise the Court of Ms. Phillip-Foster's telephone number.

Counsel who will actually try the case and each party, armed with full settlement authority, shall be present. If individuals are parties to this case, they shall be present. If a corporation or other collective entity is a party, a duly authorized officer or managing agent of that party shall be present. If an insurance company is involved, the responsible agent

FILED JAN 07 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

must be present. This means that each party must attend through a person who has the power to change that party's settlement posture during the course of the conference. If the party representative has a limit, or "cap" on his or her authority, this requirement is not satisfied.

Trial counsel shall meet with one another on or before **January 10, 2002,** to seek to achieve an agreement to resolve this dispute. If complete agreement is not reached, each attorney shall deliver to chambers on or before **Noon, January 15, 2002**, a letter which shall include: (1) the parties' respective settlement positions before the meeting; (2) the parties' respective positions following the meeting; (3) a concise analysis of each remaining liability issue, with citation to relevant authority; (4) a reasoned, itemized computation of each element of the alleged damages, with a concise summary of the testimony of each witness who will testify in support of the damage computations; and (5) a reasoned analysis justifying their client's last stated settlement position as well as any additional information believed to be helpful to the process of reaching agreement. This letter is for the Court's use only and should not be served on opposing counsel.

DATED: January 7, 2002.

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge