**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Sarah L. Phillips-Foster,

Plaintiff,

v.

UNUM Life Insurance Company of America, Nancy Ruhland as parent and natural guardian of Ian G. Foster and Craig A. Foster, minor children, Jeramy T. Foster, Angela Sue Whitwam, Victoria Poshard, and Diane Della Busta as guardian ad-litem for Zoe Elizabeth Phillips, a minor child,

Defendants.

**MEMORANDUM OPINION AND ORDER**
Civil No. 00-1572 ADM/SRN

---

David G. Johnson, Esq., Borkon, Ramstead, Mariani, Fishman & Carp, LTD, Minneapolis, MN, on behalf of Plaintiff.

Steven C. Pundt, Esq., Minneapolis, MN, on behalf of Defendants Nancy Ruhland and Jeramy T. Foster.

---

On February 5, 2002, the Cross-Motions for Summary Judgment of Plaintiff Sarah L. Phillips-Foster [Doc. No. 60] and Defendants Ruhland and Foster [Doc. No. 65], were argued before the undersigned United States District Judge. For the reasons stated on the record, and based and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Summary Judgment [Doc. No. 60] and Defendants Motion for Summary Judgment [Doc. No. 65] are **DENIED**.

BY THE COURT:

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Date: February 11, 2002

FILED 2-12-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK