**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**
**Civil No. 00-1572 (ADM/SRN)**

---

Sarah L. Phillips-Foster,

Plaintiff,

vs.

**ORDER**

UNUM Life Insurance Company of America, and Nancy Ruhland as parent and natural guardian of Ian Foster and Craig A. Foster, minor children, Jeramy T. Foster, Angela Sue Whitwan, Victoria Poshard, and Diane Della Busta as guardian ad litem for Zoe Elizabeth Phillips, a minor child,

Defendants.

---

The Court having considered that Angela Sue Whitwam, Victoria Poshard and Diane Della Busta, as guardian ad litem for Zoe Elizabeth Phillips, a minor child, have failed, with the exception of Angela Sue Whitwam's service of an Answer, Crossclaim and Counterclaim, to participate in this litigation or to respond to Plaintiff's motion for summary judgment, and, after considering all other matters contained in the file, **hereby orders that**:

1. Default judgment is entered against Diane Della Busta and Victoria Poshard; and

2. Angela Sue Whitwam's claims are dismissed with prejudice, but without costs to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

FILED 1-8-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 1-8-03
DEPUTY CLERK ________

Dated: January 8, 2003

**BY THE COURT**

Ann D. Montgomery
Judge of District Court

G:\WPDATA\U\UNUMPROVIDENT\10-FOSTER\001\PLD\ORDER 2.DOC