**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**
**Civil No. 00-1572 (ADM/SRN)**

Sarah L. Phillips-Foster,

Plaintiff,

vs.

UNUM Life Insurance Company of America, Nancy Ruhland as parent and natural guardian of Ian G. Foster and Craig A. Foster, minor children, Jeramy T. Foster, Angela Sue Whitwam, Victoria Poshard, and Diane Della Busta as guardian ad-litem for Zoe Elizabeth Phillips, a minor child.

Defendants.

**ORDER APPROVING MINOR SETTLEMENT**

This matter came on for hearing on January 10, 2003, before the Honorable Ann D. Montgomery, Judge of United States District Court, upon Nancy Ruhland's Petition for Approval of Minor Settlement. Steven C. Pundt, Esq., appeared on behalf of Nancy Ruhland. Based upon the Petition for Approval of Minor Settlement and the entire court file, it is ordered:

1. The Petition for Approval of Minor Settlement is granted.

2. Petitioner shall accept the settlement of $36,895.84 on behalf of her minor children, Ian G. Foster and Craig A. Foster.

3. The Petition for Attorney fees is approved. From the settlement Petitioner shall pay attorney fees of $12,298.61 to her attorneys, Steven C. Pundt and Roger A. Gershin.

JAN 13 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4. The net settlement, after payment of attorney fees, shall be distributed as follows:

a. $12,298.61 (plus additional interest through the date of distribution) to Twin City Federal for purchase of a savings certificate for the benefit of Ian G. Foster.

b. $12,298.61 (plus additional interest through date of distribution) to Twin City Federal for purchase of a savings certificate for the benefit of Craig A. Foster.

5. By separate Order, this Court has ordered the Clerk of Court to pay Petitioner's settlement to the Steven C. Pundt Attorney Trust Account. After payment of attorney fees as provided in this Order, Steven C. Pundt shall then pay the net proceeds directly to Twin City Federal for the benefit of Ian G. Foster and Craig A. Foster. Within five (5) days after its receipt of the deposit, Twin City Federal shall transmit the original savings certificates to the Clerk of Court for safe keeping. A copy of this Order shall be delivered to Twin City Federal by Petitioner's attorney, together with the net proceeds for purchase of the savings certificates. Twin City Federal shall make no disbursement from the deposit except upon further Order of the Court.

6. Petitioner's attorney shall supply Twin City Federal with the social security numbers for the minor children. Thereafter, Petitioner shall file timely state and federal income tax returns for the benefit of the minor children.

7. It is further ordered that the deposits shall remain with Twin City Federal until the minors reach the age of majority:

a. October 29, 2008, for Ian G. Foster.

b. February 26, 2005, for Craig A. Foster.

Timed savings certificates shall be established with a maturity date on or before the eighteenth (18th) birthdays of the minor children. If automatically renewing instruments are used, the final renewal period shall be limited to the date of the age of majority. When each child turns 18, Twin City Federal is hereby authorized to release the funds to that child upon presentation of the savings certificate which has been obtained from the Clerk of Court, all without further Order of this Court.

By the Court:

Dated: January 10, 2003.

Ann D. Montgomery
Judge of United States District Court