**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**
**Civil No. 00-1572 (ADM/SRN)**

---

Sarah L. Phillips-Foster,

Plaintiff,

vs.

UNUM Life Insurance Company of America, Nancy Ruhland as parent and natural guardian of Ian G. Foster and Craig A. Foster, minor children, Jeramy T. Foster, Angela Sue Whitwam, Victoria Poshard, and Diane Della Busta as guardian ad-litem for Zoe Elizabeth Phillips, a minor child.

Defendants.

**MUTUAL RELEASE OF CLAIMS AND STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

WHEREAS UNUM Life Insurance Company of America (UNUM) deposited $100,000 plus accumulated interest with the Clerk of Court, United States District Court, pursuant to the Order filed October 2, 2001 by the Honorable Ann D. Montgomery, United States District Judge; and

WHEREAS the parties negotiated an agreement for division and distribution of the deposited funds at the settlement conference on December 6, 2002 before the Honorable Magistrate Judge Susan Richard Nelson; and

WHEREAS the parties agreed to distribute the deposited UNUM proceeds as



JAN 13 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

follows:

1. $35,000 to Sarah Phillips-Foster in full settlement of all her claims.
2. $17,500 to UNUM in full settlement of its claims.
3. $72,500, together with interest accumulated through the date of distribution in excess of $125,000 to Nancy Ruhland (for herself and as parent and natural guardian of Ian G. Foster and Craig A. Foster) and Jeramy T. Foster, in full settlement of their claims; and

WHEREAS the parties by their attorneys also agree the Clerk of Court shall distribute the deposited UNUM funds in accordance with this settlement by issuance of checks payable to each attorneys' trust account for benefit of the attorneys and their clients, except the payment to UNUM shall be payable to UNUM; and

WHEREAS Defendants Angela Sue Whitwam, Victoria Poshard, and Diane Della Busta as guardian ad litem for Zoe Elizabeth Phillips are all being dismissed as parties to this action by a separate Order, due to their failure to participate in the litigation;

THEREFORE, a satisfactory settlement of all claims of the parties having been reached, it is hereby stipulated and agreed by and between the parties that this action and all claims by and between the parties may be dismissed by order of this Court with prejudice and on the merits and with no further costs awarded to any party.

It is further agreed that the Court may sign an Order based on this Stipulation with no further notice to any party.

It is further agreed that upon the Stipulation and Order being filed with the Court, the Clerk of Court may immediately enter a Judgment of Dismissal with Prejudice and with no further costs awarded to any party.

**MUTUAL RELEASE.** In consideration of the payments described in this Mutual Release and Stipulation for Dismissal with Prejudice, the undersigned parties hereby release, acquit and forever discharge each other for all actions, causes of action, claims, demands, damages, costs, expenses, and compensation arising out of the claims against UNUM for life insurance on the life of Mark Steven Foster. UNUM releases all parties from any further claims, demands, damages, expenses, and specifically including all claims for attorney fees and costs incurred in this litigation. Nancy Ruhland, Jeramy T. Foster, and Sarah L. Phillips-Foster do not release any claims they might have to Social Security benefits, death benefits, or other life insurance provided by a company other than UNUM.

Date: 12.16.02

Sarah L. Phillips-Foster, Plaintiff

Date: 12/20/02

David G. Johnson
Borkon, Ramstead, Mariani, Fishman, and Carp, Ltd.
Attorney for Plaintiff
License No. 50878
Suite 100, Parkdale I
5401 Gamble Drive
Minneapolis, MN 55416
952-546-6000

Date: 1/8/02

UNUM Life Insurance Company of America

By: Michael L. Parker

Its: Vice President & Managing Counsel

Date: 1/9/03

Terrance J. Wagener
Attorney for UNUM
License No. 213676
Suite 1100 Southpoint Office Center
1650 West 82nd Street
Minneapolis, MN 55431-1445
952-885-5999

Date: 1-10-03

Nancy Ruhland, individually and as parent of Ian G. Foster and Craig A. Foster

Date: 12-26-02

Jeramy T. Foster

Date: 1-10-03

Steven C. Pundt
License No: 8864X
Roger A. Gershin
License No: 34320
Attorneys for Defendants Nancy Ruhland and Jeramy T. Foster
1450 Pillsbury Tower
200 South Sixth Street
Minneapolis, MN 55402
612-333-1900