UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
OFFICE OF THE CLERK
U.S. COURTHOUSE, SUITE 202
300 SOUTH FOURTH STREET
MINNEAPOLIS, MN 55415

OFFICIAL BUSINESS

RECEIVED
BY MAIL
NOV 13 2006
CLERK US DIST COURT
MINNEAPOLIS MN

US POSTAGE
$ 00.39
FIRST CLASS
Mailed From 55415
11/01/2006
031A 0002303240

WRONG ADDRESSES

NIXIE 325 1 07 11/08/06
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 55415229752 *0278-06907-01-42

32547%2604 C012
55415%2297

Angela Sue Whitwam
100 Dell Rd
Fort Walton Beach, FL 32547

Case 0:00-cv-01572-ADM-SRN Document 94-1 Filed 11/01/2006 Page 1 of 1

# UNITED STATES DISTRICT COURT
## District of Minnesota

Sarah L. Phillips-Foster,

Plaintiff,

v.

Nancy Ruhland, et al

Defendant.

00cv1572 ADM/SRN

**NOTICE OF INTENT TO DESTROY DOCUMENTS UNDER SEAL**

Pursuant to Local Rule 79.1(d), any party who introduces any model, diagram, exhibit, or document subject to a protective or confidentiality order must remove the same "within four months after the case is finally decided," or if there is an appeal, "within 30 days after the filing and recording of the mandate of the Appellate Court finally disposing of the cause." According to our records, that deadline has now passed in the above-entitled action. Therefore, you are hereby notified, pursuant to Local Rule 79.1(e), that ANY MODEL, DIAGRAM, EXHIBIT, OR DOCUMENT SUBJECT TO PROTECTIVE OR CONFIDENTIALITY ORDER THAT HAS NOT BEEN RETRIEVED FROM THE CLERK OF COURT WITHIN THIRTY (30) DAYS AFTER THE DATE OF THIS NOTICE MAY, AT ANY TIME THEREAFTER AND WITHOUT FURTHER NOTICE, BE DESTROYED OR OTHERWISE DISPOSED OF BY THE CLERK. If you intend to retrieve any model, diagram, exhibit, or document subject to protective or confidentiality order that you previously submitted in this action, contact Deborah Bell in the office of the Clerk of U.S. District Court at 612 664 5041.

RICHARD D. SLETTEN, CLERK

DATED: October 30, 2006

BY: s/Gertie Simon
Calendar Clerk to
Hon. Judge Ann D. Montgomery

**Notices**
0:00-cv-01572-ADM-SRN Phillips-Foster v. UNUM Life Ins Co, et al **CASE CLOSED on 02/06/2003**

**U.S. District Court**

**District of Minnesota**

Notice of Electronic Filing

The following transaction was received on 11/1/2006 at 2:47 PM CST and filed on 11/1/2006
**Case Name:** Phillips-Foster v. UNUM Life Ins Co, et al
**Case Number:** 0:00-cv-1572
**Filer:**
**WARNING: CASE CLOSED on 02/06/2003**
**Document Number:** 94

**Docket Text:**
NOTICE of Intent to Destroy Documents Under Seal. (kt)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1051215216 [Date=11/1/2006] [FileNumber=1189436-0
] [29b2177e0a36f34950d2797b9a3d9d8bae190b1db6436108c8fa6c579a9aca226ff
46155e13c123a528ba63f43c2d25a250f77e9780fc8089bd0ba90121f1b8c]]

**0:00-cv-1572 Notice will be electronically mailed to:**

Roger A Gershin rgershin@visi.com,

John Harper , III jharper@krassmonroe.com, snowak@krassmonroe.com

David George Johnson djohnson@borkonlaw.com

Steven C Pundt steven@pundtlaw.com

Terrance J Wagener twagener@krassmonroe.com, cbrown@krassmonroe.com

**0:00-cv-1572 Notice will be delivered by other means to:**

Angela Sue Whitwam
100 Dell Rd
Fort Walton Beach, FL 32547